# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE: Stephanie Lynn Lane | ) | Chapter 13 |
| | ) | Case No. 19 B 29846 |
| Debtor(s) | ) | Judge Timothy A Barnes |

## Notice of Motion

Stephanie Lynn Lane  
202 Seton PL  
Streamwood, IL 60107

Debtor Attorney: Pro Se  
via Clerk's ECF noticing procedures

On December 12, 2019 at 10:30 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 744
> Chicago, IL 60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Thursday, December 5, 2019.

/s/ MARILYN O. MARSHALL  
MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case For Unreasonable Delay

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, as Debtor(s) failed to file the required documents pursuant to 11 USC §521, §1307, §349, and Rule 3015, and in support thereof states the following:

1. Debtor(s) filed for Chapter 13 on 10/21/2019.

2. The debtor(s) have failed to provide an Affidavit of Compliance.

3. The debtor(s) have failed to provide copies of all payment advices or other evidence of payment received within 60 days before the date of filing the petition.

4. The debtor(s) have failed to provide to the Trustee a copy of the Federal income tax return (or transcript thereof) for the four years preceding the filing of the petition.

5. The debtor(s) have failed to begin payments within thirty days of filing the plan as required under 11 U.S.C. §1326(a) (1).

6. The debtor(s) have failed to attend one scheduled §341(a) meeting of the creditors

7. The debtor(s) have failed to provide required identification and or social security documentation.

8. The debtor(s) have failed to commit all disposable income to the plan.

9. The debtor failed to amend the plan to check the third box in section 5.1.

10. The debtor failed to amend the plan to complete section 7.1.

11. The debtor failed to amend the petition to list all prior cases.

12. The debtor's failure to confirm a plan in a timely manner constitutes unreasonable delay.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee  
224 S Michigan Ave  
Ste 800  
Chicago, IL  60604  
(312) 431-1300

/s/ MARILYN O. MARSHALL  
MARILYN O. MARSHALL, TRUSTEE